**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEREDITH FAW, individually and on behalf of all others similarly situated**<br>　　　　　　**Plaintiff,**<br>　　**v.**<br>**VILLANOVA UNIVERSITY**<br>　　　　　　**Defendant.** | **CIVIL ACTION NO. 23-3897** |

# ORDER

**AND NOW,** this 28th day of June 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 8] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED**. Defendant shall file its Answer to the Complaint within **21 days**.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**