**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEREDITH FAW, individually and on behalf of all others similarly situated,**<br>**Plaintiff,**<br>**v.**<br>**VILLANOVA UNIVERSITY,**<br>**Defendant.** | **CIVIL ACTION NO. 23-3897** |

**ORDER**

**AND NOW,** this 14th day of September 2026, upon consideration of Defendant Villanova University's Motion for Summary Judgment [Doc. No. 38], Defendant's Brief in Support, Plaintiff's Brief in Opposition, and Defendant's Reply Brief in Support, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion [Doc. No. 38] is **GRANTED**. Summary Judgment is **ENTERED** in favor of Defendant as to all remaining claims and issues in the above-referenced case.

By consequence of the Court's ruling, it is further **ORDERED** that Plaintiff's Motion to Certify the Class, to Appoint Class Representative, and to Appoint Class Counsel [Doc. No. 37] is **DISMISSED** as moot, and that Defendant's Motion to Exclude [Doc. No. 39] is **DISMISSED** as moot.

The Clerk of Court is directed to **CLOSE** this case.

It is **SO ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**